UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VNS FEDERAL SERVICES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PORTSMOUTH MISSION ALLIANCE, LLC,<br><br>  Defendant, | Case No. 4:19-cv-00318-BLW.<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE CASE SCHEDULES** |

This matter, having come before the Court on the Joint Motion to Amend the Case Schedules (Dkt. 32) and after review of the same for the reasons stated in the Motion, and with other good cause shown;

**IT IS HEREBY ORDERED** that the motion is hereby **GRANTED**. The case management schedule is amended as follows:

– Dispositive Motion Deadline:  February 18, 2021

– Alternative Dispute Resolution:  January 28, 2021

– Completion of Fact Discovery:  January 13, 2021

– Plaintiff Expert Disclosure:  October 28, 2020

**ORDER GRANTING JOINT MOTION TO AMEND THE CASE SCHEDULES - 1**

– Defendant Expert Disclosure:  November 26, 2020

– Plaintiff's Rebuttal Expert Disclosure: December 10, 2020

– Completion of Expert Discovery: January 28, 2021

All other terms of the Court's Scheduling Order (Dkt. 23) remain in effect.

DATED: **July 06, 2020**

B. Lynn Winmill
United States District Judge

**ORDER GRANTING JOINT MOTION TO AMEND THE CASE SCHEDULES - 2**